**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SIMPLEAIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | The Honorable Rodney Gilstrap |
| -vs.- ) | |
| ) | Civil Action No. 2:14-cv-00679 (JRG) |
| AMAZON.COM, INC., ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE OF J. DAVID HADDEN**

Defendant Amazon.com, Inc. hereby notifies the Court that J. David Hadden, of the law firm of Fenwick & West LLP, is appearing as counsel for defendant Amazon.com, Inc. Mr. Hadden's e-mail address, for purposes of Receipt of Notice of Electronic Filing, is as follows: dhadden@fenwick.com and dself@fenwick.com. For other purposes, contact information for counsel is set forth below. Defendant requests that Mr. Hadden be included on the Court's and parties' service lists.

August 4, 2014

Respectfully submitted,

FENWICK & WEST, LLP

*/s/ J. David Hadden*

J. David Hadden
CA Bar No. 176148 (Admitted to E.D. Tex)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Counsel for Defendant AMAZON.COM, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 4, 2014.

*/s/ J. David Hadden*

J. David Hadden
CA Bar No. 176148 (Admitted to E.D. Tex)

2